## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Senvest Master Fund, L.P. v. United States of America          Docket No.: 26-1277

Lead Counsel of Record (name/firm) or Pro se Party (name): James G. Steele III (Morgan, Lewis & Bockius LLP)

Appearance for (party/designation): Senvest Master Fund, L.P. & Senvest Technology Partners Master Fund, L.P./Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
        Parties: _____
( ) Incorrect.   Please change the following parties' designations:
        Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: James G. Steele III
Firm: Morgan, Lewis & Bockius LLP
Address: 1111 Pennsylvania Avenue, NW, Washington D.C. 20004-2541
Telephone: (202) 739-5390                    Fax: (202) 739-3001
Email: james.steele@morganlewis.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ James G. Steele III
Type or Print Name: James G. Steele III
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.