# Morgan Lewis

**James G. Steele III**
Partner
+1.202.739.5390
James.steele@morganlewis.com

May 19, 2026

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Senvest Master Fund, L.P. & Senvest Technology Partners Master Fund, L.P. v. United States of America* (2d Cir. Case No. 26-1277), Appellants' Local Rule 31.2 Scheduling Notification

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2(a)(1)(A), Appellants Senvest Master Fund, L.P. & Senvest Technology Partners Master Fund, L.P., request a deadline of August 18, 2026, for the filing of its opening brief in the above-entitled case. That date is 91 days after the May 19, 2026, filing of Appellants' certificate that no transcript will be ordered.

If you have any questions, please call me at (202) 739-5390 or email me at james.steele@morganlewis.com.

Sincerely,

*/s/ James G. Steele III*
James G. Steele III
*Counsel for Appellants*

cc:     All Counsel of Record (Via ACMS)

**Morgan, Lewis & Bockius LLP**

1111 Pennsylvania Avenue, NW
Washington D.C. 20004-2541          ☎ +1.202.739.5390
United States                                  🖷 +1.202.739.3001